

**Joshua A. Druck**
Direct Dial 973-946-8298
jdruck@lawgmm.com



September 9, 2024

VIA ECF
The Honorable Katherine P. Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

      Re:    Rafael Veras v. 240 E LLC, et ano.
               Case No.: 1:24-cv-01530 (KPF)

Dear Judge Failla:

      This firm represents defendants 240 E LLC and Chestnut Holdings of New York, Inc. (collectively, "Defendants") in the above-referenced matter. Defendants write jointly with plaintiff Rafael Veras to respectfully request a three-week adjournment of the Initial Pretrial Conference (the "Conference").

      The parties are currently scheduled to appear for the Conference on September 11, 2024. The reason for the emergent joint request for an adjournment is that since the parties submitted a joint letter and proposed Civil Case Management Plan in anticipation of the Conference, the parties have made some progress toward reaching a settlement, and the parties would like to further explore this opportunity for early resolution of the litigation without incurring unnecessary costs. None of the parties has requested a previous adjournment or extension of the Conference.

      We thank the Court for the time and courtesies extended in this matter.

                            Respectfully,

                            */s/ Joshua A. Druck*

                            Joshua A. Druck

cc:  Abdul K. Hassan, Esq. (via ECF)

163 Madison Avenue, Suite 500 • P.O. Box 1449 • Morristown • New Jersey 07962-1449
T 973.946.8360 • F 973.946.8252

The Court understands that the parties wish to adjourn the initial pretrial conference.

The initial pretrial conference currently scheduled for September 11, 2024, is hereby ADJOURNED to **October 9, 2024, at 2:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:   September 10, 2024          SO ORDERED.
         New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE