# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　　Web: www.abdulhassan.com

**October 3, 2024**

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Room 2103
New York, NY 10007
Tel: 212-805-0290



　　　　　　　　　**Re: Veras v. 240 E LLC et al**
　　　　　　　　　　Case No.  24-CV-01530 (KPF)(JW)
　　　　　　　　　　**Motion to Adjourn Conference**

Dear Judge Failla:

　　　　My firm represents plaintiff in the above-referenced action, and I respectfully write to seek a 30-day adjournment of the October 9, 2024, initial conference and related deadlines. This request is being made because the parties require some additional time to resolve the issues that can lead to resolution of this matter. One prior request for an adjournment of this conference was made and granted.

　　　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan                    
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**　　**Defense Counsel via ECF**

1

Application GRANTED.  The conference scheduled for October 9, 2024, is hereby ADJOURNED to **November 6, 2024, at 10:30 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    October 3, 2024             SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE