# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**             Tel: 718-740-1000
Email: abdul@abdulhassan.com        Fax: 718-740-2000
*Employment and Labor Lawyer*       Web: www.abdulhassan.com

November 1, 2024

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Room 2103
New York, NY 10007
Tel: 212-805-0290

**MEMO ENDORSED**

           <u>Re: Veras v. 240 E LLC et al</u>
                Case No.  24-CV-01530 (KPF)(JW)
                Motion to Adjourn Conference

Dear Judge Failla:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to seek a two-week adjournment of the November 6, 2024, initial conference and related deadlines. This request is being made because the parties require some additional time to resolve the issues that can lead to the resolution of this matter – the parties have made meaningful progress since the last request. Two prior requests for an adjournment of this conference were made and granted.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**      Defense Counsel via ECF

1

Application GRANTED. The conference scheduled for November 6, 2024, is hereby ADJOURNED to **November 21, 2024, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:     November 1, 2024          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE