# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                         Tel: 718-740-1000
Email: abdul@abdulhassan.com                    Fax: 718-740-2000
*Employment and Labor Lawyer*                 Web: www.abdulhassan.com

**December 16, 2024**

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Room 2103
New York, NY 10007
Tel: 212-805-0290

**MEMO ENDORSED**

                                <u>Re: Veras v. 240 E LLC et al</u>
                                 Case No.  24-CV-01530 (KPF)(JW)
                                 **Motion for Extension of Time**

Dear Judge Failla:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the December 16, 2024 deadline for plaintiff to file his motion for settlement approval. The brief extension is needed to finalize the paperwork for submission to the Court. No prior request for an extension of this deadline was made.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**      **Defense Counsel via ECF**

1

Application GRANTED. The deadline for Plaintiff to file the motion for settlement approval is extended to on or before **December 23, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Dated:    December 17, 2024              SO ORDERED.
          New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE