

**Joshua A. Druck**
**Direct Dial 973-946-8298**
jdruck@lawgmm.com



January 2, 2025

VIA ECF
The Honorable Katherine P. Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

      Re:    Rafael Veras v. 240 E LLC, et ano.
             Case No.: 1:24-cv-01530 (KPF)

Dear Judge Failla:

      This firm represents defendants 240 E LLC and Chestnut Holdings of New York, Inc. (collectively, "Defendants") in the above-referenced matter. Defendants write jointly with plaintiff Rafael Veras to respectfully request a two-week extension of the January 2, 2025 deadline for plaintiff to file a motion for settlement approval, as the parties are continuing to work toward finalizing a written agreement. Plaintiff made two prior requests for an extension of this deadline with Defendants' consent, both of which were granted.

      We thank the Court for the time and courtesies extended in this matter.

      Respectfully,

      */s/ Joshua A. Druck*

      Joshua A. Druck

cc:  Abdul K. Hassan, Esq. (via ECF)

163 Madison Avenue, Suite 500 • P.O. Box 1449 • Morristown • New Jersey 07962-1449
T 973.946.8360 • F 973.946.8252

Application GRANTED.  The deadline for Plaintiff to file the motion for settlement approval is extended to on or before **January 16, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

Dated:     January 3, 2025         SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE