# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 16, 2025**

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Room 2103
New York, NY 10007
Tel: 212-805-0290

**MEMO ENDORSED**

<u>Re: Veras v. 240 E LLC et al</u>
Case No.  24-CV-01530 (KPF)(JW)
Motion for Extension of Time

Dear Judge Failla:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two business day extension of the January 16, 2025 deadline for plaintiff to file his motion for settlement approval to January 21, 2025. The brief extension is needed to arrange for signatures and submission to the Court – it appears that we now have a final version of the settlement paperwork.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

1

Application GRANTED.  The deadline for Plaintiff to file the motion for settlement approval is extended to on or before **January 21, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Dated:    January 17, 2025          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE